UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 SEP -5 AM 11: 18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Docket No. |
| Plaintiff, | '08 MJ 2731 |
| v. | COMPLAINT FOR VIOLATION OF: |
| Efrain ESTRADA-Rivas, | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **September 4, 2008** within the Southern District of California, defendant, **Efrain ESTRADA-Rivas,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Dwain R. Holmes Jr.
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **5th** DAY OF **SEPTEMBER, 2008**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Efrain ESTRADA-Rivas

## PROBABLE CAUSE STATEMENT

On September 04, 2008, Border Patrol Agent P. Marquez was performing his assigned line watch duties in Jacumba, California. Jacumba, California is located approximately 25 miles east of the Tecate Port of Entry and two hundred yards north of the U.S./Mexico International Border. At approximately 12:15 p.m., Agent Marquez was traveling westbound on Old Highway 80, when he observed a white 1999 Eagle Vision sedan that appeared to have individuals attempting to conceal themselves in the back seat. The vehicle was traveling westbound on Old Highway 80, just east of mile marker 27 when Agent Marquez first observed it. Due to its proximity to the border and quick access to a major east/west interstate, this area is well-known by Agents as being a common route used for illegal alien smuggling.

Agent Marquez began to follow the vehicle as it continued westbound on Old Highway 80. Agent Marquez conducted records checks on its California license plate and was informed that the vehicle was registered out of Los Angles, California. Los Angeles is approximately 150 miles north of the United States/Mexico International Border and 70 miles inland of the Pacific Ocean. Using vehicles registered out of Los Angeles is a common trait of those used by alien smuggling organizations. Agent Marquez activated his service vehicle emergency lights and sirens. The vehicle yielded just east of callbox 8-684 on Interstate 8, in the eastbound lanes.

At approximately 12:25 p.m., Agents Marquez and E. Mendez approached the vehicle, identified themselves as United States Border Patrol Agents. Agent Marquez observed from the outside of the vehicle, several individuals who were lying down in the back seat. Agent Mendez also noticed that the individuals were trying to conceal themselves from view. Agent Marquez questioned all of the individuals in the vehicle regarding their nationality and citizenship. The driver stated that he was a United States citizen. The rest of the nine occupants, including one subject later identified as the defendant **Efrain ESTRADA-Rivas**, stated that they were Mexican citizens without any documents that would allow them to enter or remain in the United States legally. The occupants also stated that they had recently crossed the United States/Mexico International Border illegally and boarded the vehicle they had just been stopped in. At approximately 12:30 p.m., Agent Marquez placed all subjects under arrest and transported them to the Boulevard Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **March 4, 2008** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

## STATEMENT OF THE DEFEDANT:

ESTRADA was advised of his Miranda rights and he was willing to make a statement without an attorney present. ESTRADA stated that he is a citizen and national of Mexico present in the United States without any immigration documents allowing him to enter, be, or remain in the United Stated legally. ESTRADA stated that he was deported by an Immigration Judge and has not applied for permission to legally enter the United States. ESTRADA further stated that on September 4, 2008, he illegally crossed the International Boundary between the United States and Mexico by walking across the border, through the mountains, east of Tecate, California.